UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RALPH JONES,                 )
                               )
       Plaintiff,         )
                               )
       v.                 )      CAUSE NO. 3:17-CV-905-JD-MGG
                               )
WESTVILLE PRISON FACILITY, *et al.*,   )
                               )
       Defendants.     )

**OPINION AND ORDER**

Ralph Jones, a prisoner without a lawyer, is an inmate at Westville Correctional Facility. He has filed a complaint under 42 U.S.C. § 1983 against correctional officers at Westville Correctional Facility and Pendleton Correctional Facility. (ECF 1.) Jones makes many implausible allegations in his complaint. Jones alleges that he was tortured through "virtual reality" at Pendleton Correctional Facility and that the torture has continued after his transfer to Westville Correctional Facility. He claims that he has "turned in virtual evidence to nurses," including "a full virtual image wrapped in a sheet and placed in a tortilla shell bag," which was "moving [and had] air pressure." He claims that he has other evidence, which consists of "over 100 items in bags and bottles in a laundry bag in his cell" as well as pressure gauges and slide gauges. He seeks money damages, a transfer, and criminal charges against correctional officers.

Pursuant to 28 U.S.C. § 1915A, this court is required to review cases filed by prisoners and must dismiss claims if they are frivolous or malicious or if they fail to state a claim upon which relief may be granted. Claims may be dismissed as factually frivolous if they are "clearly baseless," "fanciful," "fantastic," "delusional," "irrational," or "wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Gladney v. Pendleton*

*Correctional Facility*, 302 F.3d 773, 774 (7th Cir. 2002). Jones' allegations about correctional officers using virtual reality as torture are factually frivolous, warranting dismissal of the complaint.

For these reasons, the court **DISMISSES** this case pursuant to 28 U.S.C. § 1915A because it is frivolous.

SO ORDERED.

ENTERED:  December 6, 2017

                                                             _/s/ JON E. DEGUILIO_____

                                                           Judge
United States District Court